**Order entered December 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00720-CR

### GABRIEL ADRIAN GUERRA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-81860-2018

## ORDER

Appellant, who was convicted of continuous sexual abuse of a child under the age of fourteen, filed his original brief on November 18, 2019 and an amended brief on December 2, 2019. In both briefs, appellant identifies the child victim and another child by name. This Court does not allow a party to file a brief that discloses the names of child victims, child witnesses, or any other children discussed or identified at trial in an aggravated sexual assault case. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's briefs.

We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies any child victim and any other child (including witnesses) either generically (for example, "victim" or "victim's younger sister") or by initials only, including when quoting relevant portions of the record, giving a statement of the case, or attaching an appendix.

We **DIRECT** the Clerk to send copies of this order to Mark Heidenheimer and the Collin County District Attorney.


/s/      LANA MYERS
         JUSTICE